**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JERRY CROSS, | |
|     Petitioner, | 2:17-cv-00290-JCM-VCF |
| vs. | **ORDER** |
| BRIAN WILLIAMS, SR., *et al.*, | |
|     Respondents. | |
| _____/ | |

This action is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Jerry Cross, a Nevada prisoner.  On January 30, 2017, Cross filed an application to proceed *in forma pauperis* (ECF No. 1), along with his habeas corpus petition (attached to application to proceed *in forma pauperis*).

Cross' application to proceed *in forma pauperis* is incomplete, in that it does not include the required financial certificate, signed by an authorized prison officer.  Therefore, the *in forma pauperis* application will be denied, and Cross will be granted time to either pay the $5 filing fee for this action, or file a new and complete application to proceed *in forma pauperis*, including the required financial certificate.  If petitioner wishes to pay the filing fee, he must have $5 sent to the Clerk of the Court, with a cover letter setting forth the case number of this action.  If Cross fails to pay the filing fee or file a new *in forma pauperis* application within the time allowed, this action will be dismissed.

1   **IT IS THEREFORE ORDERED** that petitioner's Application to Proceed *In Forma Pauperis* (ECF No. 1) is **DENIED**.

**IT IS FURTHER ORDERED** that petitioner shall have 45 days from the date of this order to either pay the $5 filing fee for this action, or file a new and complete application to proceed *in forma pauperis*, including the required financial certificate.

**IT IS FURTHER ORDERED** that the clerk of the court shall send to petitioner, along with a copy of this order, two form *in forma pauperis* applications.

Dated February 6, 2017.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE