**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JERRY CROSS,

    Petitioner,                                                 2:17-cv-00290-JCM-VCF

vs.                                                         **ORDER**

BRIAN WILLIAMS, SR., *et al.*,

    Respondents.

_____/

       In this habeas corpus case, the court has ordered the petitioner, Nevada prisoner Jerry Cross, to either pay the $5 filing fee or file a new and complete application to proceed *in forma pauperis*, including the required financial certificate, by March 24, 2017. *See* Order entered February 6, 2017 (ECF No. 3). On March 7, 2017, Cross filed a request for an extension of that deadline, stating that he has had difficulty obtaining the financial certificate for his application to proceed *in forma pauperis* (ECF No. 4).

       The court finds that Cross' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time he requests.

       **IT IS THEREFORE ORDERED** that petitioner's motion for extension of time (ECF No. 4) is **GRANTED**. Petitioner shall have until and including **April 28, 2017**, to either pay the $5 filing fee for this action, or file a new and complete application to proceed *in forma pauperis*, including the required financial certificate.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send to petitioner, along with a copy of this order, two form *in forma pauperis* applications.

Dated  March 10, 2017.

_____
UNITED STATES DISTRICT JUDGE